United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KINSALE INSURANCE COMPANY,

      Plaintiff,

      v.

STARR SURPLUS LINES INSURANCE COMPANY,

      Defendant.

No.  C 23-00075 WHA

**ORDER DENYING MOTION TO STRIKE, VACATING HEARING ON MOTION TO STRIKE, AND SETTING DEADLINE**

The hearing on Thursday, November 30 is vacated to avoid the need for counsel to travel to San Francisco for a non-event. Kinsale has already set forth its counter argument in the instant papers, which the Court will consider.  If Kinsale feels the need to say more in response to the "argument" in Starr's 15-page addendum (Dkt. No. 37-4), Kinsale may submit up to 10 additional pages, with no reply, by **THURSDAY NOVEMBER 30TH AT NOON**. The Court is very close to finalizing judgment on Starr's motion for summary judgment.  The parties, however, have indicated that they are negotiating a settlement.  The parties have until Friday, **DECEMBER 1ST AT NOON** to settle and dismiss the case.  Failing that, an order on summary judgment will issue shortly thereafter.

Please do not ask for further extensions of this deadline.

Dated:  November 27, 2023

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE